96 A.3d 331

George BUSSINGER, Appellee

v.

The PENNSYLVANIA DEPARTMENT OF CORRECTIONS; The State Correctional Institution—Forest; Jeffery Beard, Secretary of Corrections; Debra K. Sauers, Superintendent of the State Correctional Institution at Forest; M.T. Toski, Business Manager, D.A. Woodard, Erin Wallace–Ireland, Appellants.

Supreme Court of Pennsylvania.

July 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2014, the Order of the Commonwealth Court is **AFFIRMED.**